Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

November 13, 2019

**BY ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Rose et al.*, No. 19-CR-789-PGG

Dear Judge Gardephe:

    I represent Dejahnea Brown, who was arraigned and released on bond by Magistrate Judge Gabriel Gorenstein on November 7, 2019. The Court has scheduled an initial status conference for November 15, 2019. I will be out of the New York area on a long-planned family trip. Accordingly, I respectfully request permission for Lisa Scolari, counsel for Barrington Reid, to appear on my behalf at the conference scheduled for November 15, 2019. I have conferred with Ms. Brown about my absence, and she consents to Ms. Scolari's appearance for the limited purpose of the upcoming status conference. Thank you for your attention to this matter.

                                Respectfully submitted,

                                */s Ezra Spilke*
                                Ezra Spilke
                                1825 Foster Avenue, Suite 1K
                                Brooklyn, New York 11230
                                (718) 783-3682
                                *Counsel for Dejahnea Brown*

Cc: All counsel of record by ECF

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.
Dated: Nov. 13, 2019