UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEJAHNEA BROWN,

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Defendant Dejahnea Brown's sentencing will take place on **November 19, 2021 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Any submissions on behalf of Defendant Brown are due by **October 29, 2021**. The Government's submission is due by **November 5, 2021**.

    The Probation Department is directed to prepare a presentence investigation report for Defendant Brown.

Dated: New York, New York
       July 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge