UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

DEJAHNEA BROWN,

              Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Dejahnea Brown's sentencing, currently scheduled for April 7, 2022, will now take place on **April 8, 2022 at 10:00 a.m.** The sentencing will be in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

Dated:  New York, New York
          March 30, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge